IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John M. Bourque,            ) | No. CV 13-55-TUC-RCC |
| Plaintiff,       ) | **ORDER** |
| vs.                                ) | |
| Michael Miller, et al.,        ) | |
| Defendants.     ) | |

On April 4, 2013, the Honorable Bernardo P. Velasco, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Doc. 12). The Recommendation advised the Court to dismiss this action without prejudice. No objections were filed.

The Court considers the Recommendation (Doc. 12) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Velasco. Therefore,

**IT IS HEREBY ORDERED** that the Court **adopts** Magistrate Judge Velasco's Report and Recommendation (Doc. 12).

**IT IS FURTHER ORDERED** that this action is **dismissed** without prejudice. The Clerk shall close its file on this matter.

DATED this 10th day of June, 2013.

_____
Raner C. Collins
United States District Judge